**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Zahmel Restaurant Supplies Corp.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **11-2777898** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6235 30th Ave**<br>**Woodside, NY 11377-1229**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens**<br>County | Location of principal assets, if different from principal place of business |
| | **6235 30th Ave Woodside, NY 11377-1229**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Zahmel Restaurant Supplies Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor  __Zahmel Restaurant Supplies Corp.__          Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in this district?**

Check all that apply:

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency  _____

          Contact name  _____

          Phone  _____

---

███  **Statistical and administrative information**

---

**13.  Debtor's estimation of available funds**   .

Check one:

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Zahmel Restaurant Supplies Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2018**
                       MM / DD / YYYY

*X* **/s/ Gil Appelbaum**                                        **Gil Appelbaum**
      Signature of authorized representative of debtor          Printed name

Title    **Vice President**

---

**18. Signature of attorney**

*X* **/s/ Kevin J. Nash**                                Date  **June  5, 2018**
      Signature of attorney for debtor                                MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**          Email address    **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                      Chapter 11

Zahmel Restaurant Supplies Corp.                            Case No.


                                        Debtor.
----------------------------------------------------------x

## <u>DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2</u>

Gil Appelbaum declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

I am the Vice President and a 50% equity interest holder of Zahmel Restaurant Supplies Corp. (the "Debtor"). The purpose of this Declaration is to provide pertinent information regarding the circumstances prompting the Chapter 11 filing, which is being done on an emergency basis, the nature of the Debtor's business, and the Debtor's strategies for reorganization.

### Salient Events Leading up to the Chapter 11 Filing

1.      The Debtor is a fairly well established restaurant supply distributor and maintains warehouse and related offices at 6235 30th Avenue, Woodside, NY (the "Current Premises"). In recent months, the Debtor fell behind in the payment of rent and became subject to a Civil Court non-payment rent proceeding commenced by the Landlord, 30th Avenue Woodside Holdings LLC (the "Landlord").

2.      The nonpayment proceeding coincided with the Debtor's efforts to relocate and obtain new business offices and warehouse space at another location.

3.    The relocation plan has been put in effect and new space was located at 33-51 11th Street, Astoria, NY.  An affiliate known as Zahners Cash & Carry LLC has executed a new lease and intends to sublease the new premises to the Debtor in whole or part.

4.    Unfortunately, the existing tenant at the new premises was itself slow to move out, which delayed the Debtor's transition plans.

5.    In the meanwhile, the Landlord refused to extend the Debtor's time beyond a few months.  The Debtor sought additional relief from the Civil Court, but was recently denied a stay of a prior warrant of eviction.  Accordingly, the Debtor now faces the prospect of a forced exit from the Current Premises, which will be extremely prejudicial to the Debtor's business operations.

6.    As a wholesale distributor, the Debtor maintains an inventory of thousands of different products and requires a reasonable amount of additional time to relocate its inventory to the new premises and build space for necessary refrigerator and freezer units.

7.    The Debtor believes that the prior warrant issued by the Civil Court is potentially no longer enforceable and stale.  Even if the warrant is effective, it has not been executed upon and the Debtor retains naked possession, if nothing else, which triggers the automatic stay.

8.    The Debtor has a number of employees (approximately 45) and creditors (more than 50) who depend upon an orderly relocation to new premises. The Debtor is committed to achieving a relocation in the quickest possible time, whereupon it ultimately intends to re-stabilize its business and promulgate a plan of reorganization.

9.    In the interim, it is vitally important that the status quo be obtained and hence the need for the Chapter 11 filing.

**Local Rule 1007-2 Disclosures**

10.    Pursuant to Local Rule 1007-2)(a)(2) and (3), no committees were formed prior to the filing of the Petition.

11.    Pursuant to Local Rule 1007-2)(a)(4), a master list of the names and address of the Debtor's creditors is attached hereto.  The Debtor intends to file a full set of schedules and statements within the next fifteen (15) days.

12.    Pursuant to Local Rule 1007-2)(a)(5), the Debtor has one primary secured creditor, as listed in the Master List, to wit: Newtek Small Business Finance LLC, which is owed approximately $330,000 and has a blanket lien on the Debtor's assets.  Certain other UCC filings appear of record, but the Debtor understands that these liens were either refinanced or paid.

13.    Pursuant to Local Rule 1007-2)(a)(6), a summary of the assets and liabilities of the Debtor will be set forth in the Schedules to be filed shortly.

14.    Pursuant to Local Rule 1007-2)(a)(7), a list of equity interest holders is attached.

15.    Pursuant to Local Rule 1007-2)(a)(8), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

16.    Pursuant to Local Rule 1007-2)(a)(9), the Debtor owns no real property.

17.    Pursuant to Local Rule 1007-2)(a)(10), the Debtor's books and records are maintained by the Debtor at the Current Premises.

18.    Pursuant to Local Rule 1007-2)(a)(11), a schedule of pending lawsuits will be supplied shortly.

19.    Pursuant to Local Rule 1007-2)(a)(12), my partner and I each earn a weekly salary of $3,300 per week when funds are available to pay us.

20.    The Debtor maintains a weekly payroll of approximately $25,000 - $30,000 covering the Debtor's 45 or so fulltime and part-time employees.

Dated: Queens, NY
       June 5, 2018

                                   /s/ Gil Appelbaum

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    Chapter 11

Zahmel Restaurant Supplies Corp.                          Case No.


                              Debtor.
-----------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of all of the Shareholders and Directors of Zahmel Restaurant

Supplies Corp. (the "Company") held on June 5, 2018, and after motion duly made and carried, it

was:

> **RESOLVED**, that Gil Appelbaum, as the Vice President of the
> Company, is authorized to execute a bankruptcy petition under
> Chapter 11 of the United States Bankruptcy Code on behalf of the
> Company and to cause the filing thereof in the United States
> Bankruptcy Court for the Eastern District of New York; and it is
> further

> **RESOLVED**, that the Company is authorized to retain the law
> firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as
> bankruptcy counsel, for the purposes of prosecuting the Chapter 11
> case.

Dated: Queens, New York
       June 5, 2018
                              Zahmel Restaurant Supplies Corp.


                        By:    /s/ Gil Appelbaum
                               Name: Gil Appelbaum
                               Title:   Vice President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    Chapter 11

Zahmel Restaurant Supplies Corp.                          Case No.


                              Debtor.
-----------------------------------------------------------x


### EQUITY INTEREST HOLDERS

        Gil Appelbaum     50%
        Michael Liberman   50%


Dated: Queens, New York
       June 5, 2018

                      Zahmel Restaurant Supplies Corp.


                      By:   /s/ Gil Appelbaum
                             Name:  Gil Appelbaum
                             Title:   Vice President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                       Chapter 11

Zahmel Restaurant Supplies Corp.                            Case No.


                                    Debtor.
-----------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Zahmel Restaurant Supplies Corp.

hereby certifies that it is a private, non-governmental party, and has no corporate parent,

affiliates and/or subsidiaries which are publicly held.

Dated: Queens, New York
       June 5, 2018


                         Zahmel Restaurant Supplies Corp.


                         By:    /s/ Gil Appelbaum
                         Name:  Gil Appelbaum
                         Title:  Vice President

# MASTER CREDITOR LIST
## AS OF APRIL 30TH 2018

## (A)  SECURED CREDITORS

Newtek Small Business Finance LLC                           $ 329,438.76
1981 Marcus Avenue, Suite 130
Lake Success, New York, NY 11042

## (B) LANDLORD

30th Avenue Woodside Holdings LLC                        $147,768.96
62-25 30th Avenue                                          (12/1/2017)
Woodside, NY 11377

Edward F. Guda, Jr.
47-26 104th Street
Corona, NY 11368

Fred Seeman, Esq.
32 Broadway
New York, NY 10004

## (C) TAXING AUTHORITIES

Internal Revenue Service                                    $17,206.48
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NY City Department of Finance                               $2,807.46
Bankruptcy Unit
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYS Department of Labor                                     $4,743.46
New York State Department of Labor,
PO Box 15130
Albany, NY 12212-5130

NYS Department of Taxation                                    Unliquidated
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

## (D) TRADE CREDITORS

A. Fodera & Sons Inc.                                         $1,487.00
129-02 Northern Blvd
Corona, NY 11368

Ace Endico                                              $   33,430.69
80 International Blvd
Brewster, NY  10509

Arnold's Meat Food Products                                  $810.20
274 Heyward Street
Brooklyn, NY 11206

Arrow Exterminating                                          $631.48
287-289 Broadway
P.O. Box 864
Lynbrook NY 11563-0864

Bag Arts, LLC                                               $10,675.10
20 West 36th Street
5th Floor
New York, NY 10018

Banner Smoked Fish                                           $409.50
2715 West 15th Street
Brooklyn, NY 11224

Big Apple Dairy Desserts                                     $498.00
701 Zerega Avenue
Bronx, NY 10473

Bliss International                                         $1,520.00
P.O. Box 372
Towaco, NJ 07082-0372

Botticelli                                                 $1,942.80
59 Mall Drive
Commack, NY 11725

Castella Imports                                    $23,057.55
60 Davids Drive
Hauppage NY 11788

Chef's Delight Packing Co.                           $8,014.44
94 North 8th Sreet
Brooklyn, NY 11211

Chefler Foods                                       $92,606.92
400 Lyster Avenue
Saddle Brook, NJ 07663

Citadel Foods Inc.                                   $4,868.05
36-25 35th Street
Long Island City, NY 11106

Consolidated Paper Company                          $74,757.39
770 East 132nd Street
Bronx, NY 10454-1904

Cosmo's Food Products                                $1,654.55
200 Callegari Drive
West Haven , CT 06516

Dial Industries                                      $8,196.20
P.O. Box 0649
Plainview, NY 11803-0649

Derekpc.com                                            $570.28
5 Meadowfarm Road
New Hyde Park, NY 11040

Eastern Tea Corp.                                     $695.20
1 Engelhard Drive
Monroe TWP, NJ 08031

Empire Dehydrated Products Inc.                      $5,174.19
66 Industrial Avenue
Little Ferry, NJ 07643

Endico Potatoes Inc.                                 $4,125.98
160 No. MacQuesten Parkway
Mount Vernon, NY 10550

| | |
|---|---|
| Fedex<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7061 | $270.18 |
| Future Foil Inc.<br>295 Governor Street<br>Paterson, NJ 07501 | $6,300.00 |
| Flour<br>18-25 127th Street<br>College Point, NY 11356 | $1,500.12 |
| Gell Spice Company<br>P.O. Box 285<br>Bayonne, NJ 07002 | $3,600.90 |
| Grace Kennedy Foods<br>230 Moonachie Avenue<br>Moonachie, NJ 07074 | $1,033.15 |
| Grand Ave Food Supply<br>33 35th Street<br>Brooklyn, NY 11232 | $9713.75 |
| Healthy Brand<br>P.O. Box 716<br>New York, NY 10018 | $29,439.00 |
| IBI Armored Services, Inc.<br>37-06 61st Street<br>Woodside, Ny 11377 | $2,563.43 |
| Ice Cube Inc.<br>171 East Industry Court<br>Deer Park, NY 11729 | $432.00 |
| Jack's Egg Farm, Inc.<br>2065 59th Street<br>Brooklyn, NY 11204 | $86,762.01 |
| JA Kirsch Corp.<br>1086 Teaneck Road<br>Suite 2E<br>Teaneck, NJ 07666 | $8,147.20 |

JD Meat Market                                          $909.71
1411 Ogden Avenue
Bronx, NY 10452

John A. Vassilaros & Son Inc.                        $3,594.75
29-05 120th Street
Flushing, NY 11354

Joshen Paper & Packaging of NJ                       $2,786.85
P.O. Box 828953
Philadelphia, PA 19182-8953

Kari-Out Co.                                         $1,980.00
399 Knollwood Road
Suite 309
White Plains, NY 10603

Loumidis Foods                                       $1,538.00
1270 Valley Brook Avenue
Lyndhurst NY 07071

Malba Beverage                                       $2,439.00
117-02 15th Avenue
College Point, NY 11356

Master Purveyors Inc.                                $1,627.69
355 Food Center Drive
Building B-14
Bronx, NY 10474

Matthew's Prime                                     $15,010.20
245 Route 109
West Babylon, NY 11704

Mega Forklift Inc.                                   $4,761.06
P.O. Box 0841
Floral Park, NY 11002

Mendon Truck Leasing & Rental                        $8,486.02
362 Kingsland Ave
Brooklyn, NY 11222

Metrostar                                              $639.85
25 Emjay Boulevard
Brentwood, NY 11717

Mivila Foods $1,881.00
226 Getty Avenue
Paterson, NJ 07503

Natural Nut & Spice Inc. $1,468.75
P.O. Box 554
Mahwah, NJ 07430

Party Time Mfg Company $1,742.31
421 Parsonage Street
P.O. Box 447
Hughstown, PA 18640

Quaker Sugar Co Inc. $16,848.70
100 Andrews Road
Hicksville, NY 11801

Queensboro Farm Products Inc. $25,825.38
51-20 59th Street
Woodside, NY 11377

R3 Metro $273,048.29
32828 Collection Center Drive
Chicago, Il 60693-0328

Raich, Ende & Malter Co LLP $16,557.34
175 Broadhollow Road
Suite 250
Melville, NY 11747

Roland $2,356.30
71 West 23rd Street
New York, NY 10010

Royal DID $5,120.25
5700 49th Place
Maspeth, NY 11378

R.S. Porter& Co Inc. $32,368.50
P.O. Box 209
Cliffside Park, NJ 07010

S & S Soap $31,979.53
815 East 135th Street
Bronx, NY 10454-3584

Signature Bank                                          $12,981.45
Cardmember Services
P.O. Box 790408
St. Louis, MO 63179-0408

Spatola-Latticini                                       $10,140.00
1852 Decatur Street
Ridgewood, NY 11385

Staples Contract & Commercial                              $631.81
Dept 51 – 7818578410
P.O. Box 78004
Phoenix, AZ 85062-8004

Strategic Funding                                       $51,952.11
120 W 45th St,
New York, NY 10036

Tony's Fish & Seafood Corp                               $3,546.50
Building # A-1
Hunts Point Co-op Market
Bronx, NY 10474-7500

UFCW Local 2013                                            $665.00
9235 4th Avenue
Brooklyn, NY 11209

Utz Quality Food                                         $2,797.46
29 53rd Street
Brooklyn, NY 11232

V & J Produce                                            $9,951.03
6225 30th Avenue
Woodside, NY 11377

White Coffee Corp                                        $5,208.62
18-35 Steinway Place
Long Island City, NY 11105

Xerox Corp                                                 $939.54
P.O. Box 827598
Philadelphia, PA 19182-7598

## (E)  POTENTIAL TRADE CREDITORS

A. L. Bazzini                                    Unliquidated
1035 Mill Road
Allentown PA 18106-3101

Aladdin Bakers                                   Unliquidated
240 25th Street
Brooklyn, NY 11232

Astoria Beverage                                 Unliquidated
212 Wilcott Street
Brooklyn, NY 11231

Atlantic Beverage Company                        Unliquidated
3775 Park Avenue
Unit 12
Edison, NJ 08820

Bay State                                        Unliquidated
Dept. AT 49994
Atlanta, GA 31192-9994

Blue Sky Trading                                 Unliquidated
1556 61st Street
Brooklyn, NY 11219

Brooklyn Spice Company                           Unliquidated
117 Calyer Street, Suite 1
Brooklyn, NY 11222

Burris Sprinfield LLC                            Unliquidated
t/a Winer-Honor
207 Liberty Street
Springfield, MA 01104

Cinelli Carting                                  Unliquidated
P.O. Box 350303
Jamaica, NY 11435-0303

Clabber Girl                                     Unliquidated
P.O. Box 150
Terre Haute, IN 47808-0150

Cookies Unlimited                                    Unliquidated
141 Freeman Avenue
Islip, NY 11751

Crown Wholesale Inc.                                 Unliquidated
114 44th Street
Brooklyn, NY 11208

DOCC Inc.                                            Unliquidated
3-F Borinski Road
Lincoln Park, NJ 07035

Dot Foods Inc.                                       Unliquidated
#774529
4529 Solutions Center
Chicago, Il 60677-4005

Eagle Pickle Works                                   Unliquidated
57-30 59th Street
Maspeth NY 11375

Eagle Spice & Extract Co Inc.                        Unliquidated
910-912 Shepherd Avenue
Brooklyn, NY 11208

Empire Water                                         Unliquidated
46 Cain Drive
Plainview, NY 11803

Euphrates Inc.                                       Unliquidated
230 Enterprise Road
Johnstown, NY 12095

Foodirect, Inc.                                      Unliquidated
c-6 Hunts Point Co-op Market
Bronx, NY 10474

Food Master Inc.                                     Unliquidated
1331 Monroe Street
Jefferson City, MO 65101

Gold's Pure Food Products Co.                        Unliquidated
P.O. Box 932492
Cleveland, OH 44193

Goya Foods Inc.                                          Unliquidated
P.O. Box 7247-7248
Philadelphia, PA 19170-7248

Hawk Dairy                                              Unliquidated
400 Victoria Terrace
Ridgefield, NJ 07657

Hearthside Food Solutions LLC                          Unliquidated
2644 Momentum Place
Chicago, Il 60689-5326

Honor Foods                                            Unliquidated
1801 North Fifth Street
Philadelphia, PA 19122

H. Schrier & Co. Inc.                                  Unliquidated
4501 Glenwood Road
Brooklyn, NY 11234

Industrial Refrigeration, Inc.                         Unliquidated
146-1 Remington Blvd
Ronkonkoma, NY 11779

Interstate Foods, Inc.                                 Unliquidated
565 West Street
New York, NY 10014

Janico Inc.                                            Unliquidated
88 Industrial Court
Freehold, NJ 07728

JFC International                                       Unliquidated

55 Wildcat Way
Linden, NJ 07036

Kingsland Foods                                        Unliquidated
57-11 49th Place
Maspeth, NY 11378

Kitchmart Trading Corp                                 Unliquidated
110 Scott Avenue
Brooklyn, NY 11237

Kovacs Security Systems                                    Unliquidated
1171 Willis Avenue
Albertson, NY 11507

Krinos Foods LLC                                          Unliquidated
1750 Bathgate Avenue
Bronx, NY 10457

Lake Erie Frozen Foods Co.                               Unliquidated
1830 Orange Road
Ashland, OH 44805

Louis Spagnoli Inc.                                      Unliquidated
7 Deerfield Lane
Katonah NY 10536

M&V National Provision Co. Inc.                          Unliquidated
1827 Flushing Avenue
Ridgewood, NY 11305

Mariah Foods                                             Unliquidated
c/o Peer Foods Group Inc.
22134 Network Plaza
Chicago Il 60673-1221

Mediterranean Gyros Products                             Unliquidated
11-02 38th Avenue
Long Island City, NY 11101

Metro Commodities                                        Unliquidated
485-17 South Broadway
Hicksville, NY 11801

Milmar Food Group LLC                                    Unliquidated
P.O. Box 88658
Chicago, IL 60680-1658

Morton Paper Co Inc.                                     Unliquidated
59 Hook Road
Bayonne NJ 07002

Mrs. Ressler's Food Products                             Unliquidated
P.O. Box 47423
Philadelphia, PA 19160-7423

Mundial, Inc.                                              Unliquidated
132 Central Avenue
Unit 215
Foxborough, MA 02035

National Discount Textiles                                Unliquidated
2210 Defoor Hills Road
Atlanta GA 30318

New York One                                              Unliquidated
349 West 37th Street
New York, NY 10018

Norpak Corp.                                              Unliquidated
70 Blanchard Street
Newark, NJ 07105

P & F Brothers Co Inc.                                    Unliquidated
56-72 49th Place
Maspeth, NY 11378

Plastirun Corporation                                     Unliquidated
70 Emjay Boulevard
Brentwood, NY 11717

Pork King Sausage                                         Unliquidated
Building F-22
Hunts Point Co-op Market
Bronx NY 10474

Reddy Raw                                                 Unliquidated
1 Ethel Blvd.
Woodridge NJ 07075-2431

Riceland Foods Inc.                                       Unliquidated
P.O. Box 927
Stuttgart, AR 72160

Rockland Wholesale & Dist.                                Unliquidated
82B McKee Drive
Mahwah, NJ 07430

Rohtstein Corp.                                           Unliquidated
P.O. Box 2129
Woburn, MA 01888-0229

Romero Food Service NYC Corp                    Unliquidated
P.O. Box 4070
Sunnyside, NY 11104

Royal Industries Inc.                           Unliquidated
4100 West Victoria Street
Chicago, IL 60646

Sahadi Fine Foods                               Unliquidated
4215 1st Avenue
Brooklyn, NY 11232

Simoniz USA, Inc.                               Unliquidated
235 Dividend Road
Rocky Hill, CT 06067

Signature Bank                                  Unliquidated
565 Fifth Avenue
New York, NY 10017

Smart USA                                       Unliquidated
69-07 69th Place
Glendale, NY 11385

Sun Hng Foods Inc.                              Unliquidated
271 Harbor Way
South San Francisco CA 94080

SuperWin Enterprises Corp.                      Unliquidated
P.O. Box 196
Maspeth NY 11378

Supreme Oil                                     Unliquidated
Dept 2477
P.O. Box 11407
Birmingham AL 35246-2477

Tec Foods Inc.                                  Unliquidated
P.O. Box 410727
Chicago IL 60641-0727

Tower Isle's Frozen Foods LTD                   Unliquidated
P.O. Box 330625
2025 Atlanta Avenue
Brooklyn, NY 11233-0625

Tree-Ripe Products                                    Unliquidated
53 South Jefferson Road
Whippany, NJ 07981

Triunfo Foods Corp.                                   Unliquidated
574 Ferry Street
Newark, NJ 07105

Trinidad Benham Corp.                                 Unliquidated
Denver Corp Office
P.O. Box 378007
Denver CO 80237

Tropical Cheese Industries                            Unliquidated
P.O. Box 1357
Perth Amboy, NJ 08862-1357

US Foods Inc.                                         Unliquidated
P.O. Box 641871
NJ Shellfish Cert
Pittsburgh, PA 264-1871

West Side Foods                                       Unliquidated
355 Food Center Drive
Bldg E
Bronx NY 10474

Wonder Foods                                          Unliquidated
57-10 Flushing Avenue
Maspeth, NY 11378

Wonder Meats Inc.                                     Unliquidated
P.O. Box 6522
20 Broad Street
Carlstadt, NJ 07072